NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPECTRALYTICS, INC.,**
*Plaintiff-Appellant,*

**v.**

**CORDIS CORPORATION,**
*Defendant-Appellee,*

*and*

**NORMAN NOBEL, INC.,**
*Defendant-Appellee.*

---

2012-1121

---

Appeal from the United States District Court for the District of Minnesota in Case No. 05-CV-1464, Judge Patrick J. Schiltz.

---

**JUDGMENT**

---

ALAN G. CARLSON, Carlson, Caspers, Vandenburgh & Lindquist, P.A., of Minneapolis, Minnesota, argued for plaintiff-appellant. With him on the brief was J. DEREK VANDENBURGH.

EUGENE M. GELERNTER, Patterson Belknap Webb & Tyler, LLP, of New York, New York, argued for defendant-appellee, Cordis Corporation. With him on the brief were GREGORY L. DISKANT, ROBERT W. LEHRBURGER and JESSE A. DEVINE.

JAMES B. NIEHAUS, Frantz Ward, LLP, of Cleveland, Ohio, argued for defendant-appellee, Norman Noble, Inc.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 15, 2012          /s/ Jan Horbaly
Date                         Jan Horbaly
                              Clerk